IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No.  1:05-cr-00448-EWN

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MOISES RODRIGUEZ,
   a/k/a Moises Rodriguez-Tena,

2. MARIA RODRIGUEZ,
   a/k/a Maria Quintana-Rodriguez,

Defendants.

_____

# ORDER
_____

This matter is before me on the **Request Extension of Time to File Legal Memorandum** [Doc. # 89, filed 2/15/06].  Sufficient cause having been shown:

IT IS ORDERED that the Request is GRANTED.  Moises and Maria Rodriguez shall have to and including **February 22, 2006**, within which to submit a brief as ordered following the reopened detention hearing on February 6, 2006.

Dated February 17, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge