IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-448-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      MOISES RODRIGUEZ,
      a/k/a Moises Rodriguez-Tena,

2.      MARIA RODRIGUEZ,
      a/k/a Maria Quintana-Rodriguez,

3.      JAVIER RODRIGUEZ,
      a/k/a Javier Rodriguez-Quintana,

      Defendants.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary

Order of Forfeiture.  The Court having read said Motion and being fully advised in the premises

finds:

The United States and defendants Moises Rodriguez, Maria Rodriguez, and Javier

Rodriguez entered into a Plea Agreements and Statements of Facts Relevant to Sentencing which

provide a factual basis and cause to issue a forfeiture order under 21 U.S.C. §853;

THAT prior to the disposition of the assets, the United States Bureau of Immigration and

Customs Enforcement (hereinafter BICE), or its designated sub-custodian, is required to seize the

forfeited property and provide notice to any third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendants' interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §853:

      a.  Real Property located at 22185 Highway 52, Hudson, Colorado, more fully described on Attachment A;

      b.  $128,413.00 in U.S. Currency; and

      c.  Valley Trust Bank Account Number 124 101 428 in the names of Moises and Maria Rodriguez;

THAT BICE, or its designated sub-custodian, is directed to seize the real property subject to forfeiture, to enter the real property for the purpose of determining the physical condition of the property at the time of its seizure and to obtain an appraisal, and further to make your return as provided by law;

THAT BICE, or its designated sub-custodian, is directed to seize the personal property subject to forfeiture, and further to make your return as provided by law;

THAT BICE, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) in a newspaper of general circulation in Hudson, Colorado for four consecutive weeks and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

SO ORDERED this 28th day of July, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge

**ATTACHMENT A**
**Criminal Case No. 05-cr-448-EWN**


The subject real property, knows as 22185 Highway 52, Hudson, Colorado, is more fully

described as:

Tract 12, Ireland Gardens, Weld County, Colorado,

TOGETHER WITH THE burdens and benefits of an access easement located in the SW 1/4 of
the SW 1/4 of Section 2, Township 1 North, Range 65 West of the 6th P.M., Weld County,
Colorado, being 20 feet in width, 10 feet on each side of the following described centerline:
Commencing at the SW Corner of said Section 2 and considering the South line of the SW 1/4 to
bear North 90E00'00" East, and with all other bearings contained herein relative thereto;
Thence North 90E00'00" East along said South line, 1167.00 feet;
Thence North 02E35'00" West, 45.04 feet to the True Point of Beginning, said point being on the
North right-of-way line of Colorado State Highway No. 52, and North 90E00'00" East, 27.00 feet
of the SE corner of that certain parcel of land described in Book 973 as Reception No. 1898532;
Thence along said centerline the following four(4) courses and distances:
1.  North 04E23'46" West, 267.41 feet;
2.  North 07E51'28" West, 166.34 feet;
3.  North 05E08'37" West, 183.96 feet to a point on the North line of that certain parcel of land
described in Book 940 as Reception No. 1862197, said point being North 89E57'45" West, 5.00
feet of the NE corner of said parcel, said point also being South 89E57'45" East, 6.68 feet of the
SE corner of said Tract 12;
4.  North 05E08'37" West, 66.50 feet to a point on the East line of said Tract 12, said point being
North 00E36'57" East, 66.23 feet from the SE Corner of said Tract 12, said point also being the
Point of Termination of the centerline of said access easement;
Side lines of said easement to be shortened or lengthened to intersect the Easterly line of said
Tract 12 on the North and the North right-of-way line of Colorado State Highway No. 52 on the
South;

EXCLUDING THEREFROM all improvements and buildings located on said property.