IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-448-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MOISES RODRIGUEZ,
2.     MARIA RODRIGUEZ,
3.     JAVIER RODRIGUEZ,

       Defendants.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. §982, and incorporating 21 U.S.C. § 853;

THAT a Preliminary Order of Forfeiture was entered on July 28, 2006;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §982, and incorporating 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §982, and incorporating 21 U.S.C. § 853, free from the claims of any other party:

> a. Real Property located at 22185 Highway 52, Hudson, Colorado, more fully described on Attachment A;
>
> b. $128,413.00 in U.S. Currency; and
>
> c. Valley Trust Bank Account Number 124 101 428 in the names of Moises and Maria Rodriguez.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 2nd day of April, 2007.

> BY THE COURT:
>
> s/ Edward W. Nottingham
> EDWARD N. NOTTINGHAM
> United States District Judge